IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KENYA CREWS, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:15-CV-532 |
| ) | |
| THE CBE GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION TO DISMISS DEFENDANT
### THE CBE GROUP, INC.

COMES NOW Plaintiff in the above styled action and requests this Honorable Court to dismiss her claims against Defendant The CBE Group, Inc. ("CBE") in the above-styled action with prejudice, each party to bear their own costs.  Plaintiff and Defendant CBE have come to a resolution in this matter satisfactory to both parties and neither party wishes to continue the litigation of this matter.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests this Honorable Court to dismiss all her claims against Defendant CBE Group, Inc. with prejudice with each party to bear their own costs.

Respectfully submitted this   5th   day of    February    , 2016.

    s/Wesley L. Phillips  
    Wesley L. Phillips  
    Attorney for Plaintiff

OF COUNSEL:  
PHILLIPS LAW GROUP, LLC  
Post Office Box 362001  
Birmingham, Alabama 35236  
Telephone: (205) 383-3585  
Facsimile:  (800) 536-0385  
Email: wlp@wphillipslaw.com

## CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of the above and foregoing on the parties/attorneys of record by filing the foregoing on the CM/ECF filing system which will electronically serve a copy of the foregoing to the parties of record this the   5h   day of   February  , 2016.

R. Frank Springfield  
Burr Forman LLP  
Suite 3400  
420 North 20th Street  
Birmingham, Alabama 35203

    s/Wesley L. Phillips  
    OF COUNSEL